UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREN FELD,

          Plaintiff
          Counterclaim-Defendant,

    v.

KENNETH FELD,

          Defendant
          Counterclaim-Plaintiff.

KENNETH FELD,

          Third-Party Plainitff,

    v.

CHARLES SMITH,

          Third-Party Defendant.

Civil Action No. 09-479 (ESH) (AK)

**<u>ORDER</u>**

The Court having convened a telephone conference on the record on Defendant's Motion to Compel Karen Feld's Deposition [62] and made an oral ruling, it is this <u>13th</u> day of August, 2010, hereby

ORDERED that Plaintiff Karen Feld will resume her deposition in Washington, D.C., beginning the week of September 27, 2010; and it is further

ORDERED that all previously scheduled depositions will be deferred until Karen Feld's deposition is resumed; and it is further

ORDERED that the deposition schedule set by Defendant Kenneth Feld will follow after

Karen Feld's deposition is complete; and it is further

ORDERED that all depositions noticed from this date forth shall be courtesy copied to Magistrate Judge Alan Kay; and it is further

ORDERED that the undersigned will continue to monitor the progress of discovery by regularly holding status conferences on the record, and the next status conference will be scheduled at a later date.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE