**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KAREN FELD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:08-cv-01557-ESH/DAR |
| KENNETH FELD *et al.*, | ) ) ) |
| Defendants. | ) ) |
| KAREN FELD, | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:09-CV00479-ESH/DAR |
| KENNETH FELD, | ) ) ) |
| Defendants. | ) ) |

**<u>EXHIBIT 5 TO PLAINTIFF'S MOTION</u>**

# Steven M. Oster

| | |
|---|---|
| **From:** | Steven M. Oster <steve@osterlawfirm.com> |
| **Sent:** | Thursday, September 23, 2010 10:42 AM |
| **To:** | mkirtland@fulbright.com |
| **Cc:** | bwh@henrylaw.com; chassell@bonnerkiernan.com |
| **Subject:** | Karen Feld's Deposition |
| **Attachments:** | 2010-9-23 Letter to Kirtland.pdf |

Good morning Matt,

Please see the attached correspondence. I had not responded sooner as I was awaiting information from Ms. Feld's physician. If you want to discuss, I am available most of the afternoon.

We will also need another adjustment to the Scheduling Order in view of the current situation. Please let me know when you are available to discuss that matter.

Thanks.

Regards,
Steven M. Oster, Esq.
1050 17th Street, NW
Suite 910
Washington, D.C. 20036-5535
202.596.5291 (office)
703.577.8785 (cell)
202.747.5862 (fax)
steve@osterlawfirm.com
soster13@gmail.com
_____

THE CONTENT OF THIS MESSAGE MAY BE PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED FOR THE USE OF THE INDIVIDUAL(S) OR ENTITY(IES) NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY SENDER IMMEDIATELY AND DESTROY ANY COPY RECEIVED. YOU ARE ON NOTICE THAT ANY UNAUTHORIZED DISCLOSURE, COPYING, DISTRIBUTION, OR RELIANCE ON THE CONTENTS OF THESE MATERIALS IS PROHIBITED.

# STEVEN M. OSTER

## ATTORNEY-AT-LAW

September 23, 2010

*via Electronic Mail*

Matthew H. Kirtland, Esquire
Fulbright & Jaworski LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2623

William B. Porter, Esquire
Blankingship & Keith PC
4020 University Drive, Suite 300
Fairfax, VA 22030

    Re: <u>Feld v. Feld</u>

Dear Matthew and Bill:

    I am writing in response to the deposition notice you served for Karen Feld. For the reasons set forth herein and in the attached letter from Dr. Sendzicki, we request that you withdraw the notice. If you have not communicated your intent to withdraw the notice by tomorrow, we will move the Court for a protective order.

    As you recall, at the August 13, 2010 telephone hearing, Judge Kay conditioned Ms. Feld's return on the absence of "medical problems that would foreclose" travel at this time. In her letter, Dr. Sendzicki states that "at present Ms. Feld cannot travel."

    As has been the case for some time, Ms. Feld is available for deposition in Maine or by videoconference, subject to Dr. Sendzicki's recommended

---

THE OSTER LAW FIRM
1050 17TH STREET, N.W.•SUITE 910
WASHINGTON, DC 20036
202.596.5291(C)•202.747.5862 (F)
STEVE@OSTERLAWFIRM.COM

Matthew H. Kirtland, Esq.<br>
William B. Porter, Esq.<br>
September 23, 2010<br>
Page **2** of **2**

medical accommodations.  I am unable to go out of town next week, but am otherwise available.

                                          Sincerely,

                                          Steven M. Oster

cc: Bruce W. Henry, Esq.

Bonnie Sendzicki, D.O.
Neuromusculoskeletal Medicine/ Osteopathic Manual Medicine

| 81 Blackguard Road | 49 Longfellow Avenue |
| Waterford, Maine 0408 | Brunswick, Maine 04011 |

Tel: 207-583-2399
Fax: 207-583-2399

September 21, 2010

Dear Attorney Christopher Hasell,

This is an updated medical report on Ms. Karen Feld's medical progress related to her recent injuries.

Ms. Feld's soft tissue injuries and bone injuries to left knee prosthetic, left hip/ pelvis, left rib cage, cervical spine and head, are gradually improving. She is still completing a physical therapy program for her left prosthetic knee injury and other areas listed above. Her pain is decreased, but physical therapy is working to return lower extremity strength. The patient still has lower extremity weakness with weight bearing. She is still experiencing head and neck pain resulting from minor whiplash injuries. The patient has cervical spine osteoarthritis, so the inflammation is slower to abate from subsequent injuries. She is making progress.

Her other problem related to the assault is post traumatic stress disorder (PTSD), which was previously stated to more indefinite in it's resolution time frame. This current episode of assault exacerbated symptoms of PTSD. Ms. Feld has had difficulty with sleep, concentration, memory and emotional control. Her memory has been effected for such things as time of appointments. I have known this patient for about 15 years and this has been atypical behavior. She has suffered from prior traumatic brain injuries ( TBI). Ms. Feld appears very high functioning at baseline because of her intelligence. She utilizes cognitive strategies to be able to function at this level. The effect of the current PTSD has decompensated her adaptive strategies for cognitive function. At present we are working towards improving sleep and management of stress levels to regain her previous levels of cognitive function. I believe over the next 6 weeks Ms. Feld will be sleeping better to allow for improvement of her PTSD.

Therefore at present Ms. Feld cannot travel due to weakness in her prosthetic knee, as it it not completely rehabilitated, and her problems with symptoms from PTSD. The irrational nature of the recent airport TSA assault makes air travel unreasonable at this time. She cannot drive due to her knee condition and cognitive issues from her history of traumatic brain injury.

If the deposition occurs in the next six months, I would advise amendment of her prior parameters of limitation as set down by her physiatrist as she is in recovery from PTSD. Her physiatrist had previously recommended deposition limitations of maximum half day ( 4 hours) with two days between sessions. In light of her current medical condition, I would recommend a 50% reduction in her baseline recommendations, with hourly breaks, as prudent with her medical condition

I hope this updated information is helpful in assessing Ms. Karen Feld's current medical condition.

Sincerely,

Bonnie Sendzicki, D.O.