IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN FELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-01557-ESH/AK |
| ) | |
| KENNETH FELD *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| KAREN FELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:09-CV00479-ESH/AK |
| ) | |
| KENNETH FELD, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF KAREN FELD'S NOTICE OF
FILING IN RESPONSE TO MAGISTRATE'S ORDER**

Plaintiff Karen Feld provides notice of filing her Declaration (Ex. 1 hereto) and her treating physician's report (Ex. 2 hereto), pursuant to Honorable Magistrate Judge Alan Kay's October 14, 2010 Order (Doc. 89 in Case No. 1:08-CV-01557 and Doc. 83 in Case No. 1:09-CV-00479).

October 21, 2010                                Respectfully submitted,

                                               /s/ Steven Oster
                                               _____
                                               Steven M. Oster
                                               DCB No. 376030
                                               Oster Law Firm
                                               1050 17th Street, N.W.
                                               Suite 910

-2-

Washington, DC 20036
Phone: 202.596.5291

Christopher E. Hassell
DCB No. 291641
Nimalan Amirthalingam
DCB No. 485117
1233 20th Street, N.W.
Suite 800
Washington, DC 20036
Phone: 202.712.7000

Counsel to Plaintiff Karen Feld

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was submitted to the Court's electronic filing system and forwarded to the following counsel of record:

Matthew Kirtland, Esq.
Fulbright & Jaworski, L.L.P.
801 Pennsylvania Avenue, N. W.
Washington, DC 20004

Counsel to Defendants Feld Entertainment, Inc., and Kenneth Feld.

William Porter, Esq.
BLANKINGSHIP & KEITH PC
4020 University Drive, Suite 300
Fairfax, VA 22030

Counsel to Defendant Kenneth Feld

Bruce W. Henry, Esq.
Jeffery T. Martin, Jr., Esq.
Henry & O'Donnell, P.C.
300 N. Washington St., Suite 204
Alexandria, VA 22314

Counsel to Third Party Defendant Charles F. Smith

October 21, 2010                                   _____/s/_____
                                                   Steven M. Oster