**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KAREN FELD, | ) |
|       Plaintiff, | ) |
|     v. | ) Civil Action No. 1:08-cv-01557-ESH/AK |
| KENNETH FELD *et al.*, | ) |
|       Defendants. | ) |
| KAREN FELD, | ) |
|       Plaintiff, | ) |
|     v. | ) Civil Action No. 1:09-CV00479-ESH/AK |
| KENNETH FELD, | ) |
|       Defendants. | ) |

**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN FELD, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH FELD *et al.*, <br><br> Defendants. | Civil Action No. 1:08-cv-01557-ESH/AK |
| KAREN FELD, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH FELD, <br><br> Defendants. | Civil Action No. 1:09-CV00479-ESH/AK |

### DECLARATION OF KAREN FELD

Pursuant to 28 U.S.C. § 1746(2), Karen Feld declares as follows:

1. I am the plaintiff in the above-referenced cases, am above 21 years of age, and make this declaration based on personal knowledge, information, and belief.

2. I have not refused to be deposed in these cases. Instead, I have been unable to travel to Washington, DC. I have been, and remain, available to be deposed in Maine with accommodations for my disabilities. My attorneys have communicated this, as well as my availability to be deposed by video conference, to the defendants on several occasions.

3. I have suffered multiple traumatic brain injuries, including injuries received in the assault which is the subject of the *shiva* case. As I indicated at my deposition in these cases, if I

-1-

am subjected to multiple stimuli, including visual and auditory stimuli, and particularly when I am fatigued or under stress, I suffer seizure-like symptoms, including fatigue, vocal disinhibition, loss of focus, and vertigo.

4. I suffer from post-traumatic stress syndrome as a result of the assault and other incidents. I have painful neck injuries and experience frequent headaches and visual disturbances. Sitting for extended periods of time is painful. Moving around is painful.

5. During my deposition, I testified that airports, train stations, and similar locations present a great risk of triggering my seizure-like condition. That condition is extensively described in the many hundreds of pages of medical records produced to the Defendants.

6. At present, I am unable to travel to Washington, D.C. Since early August, when I suffered a panic attack while driving over an hour to the airport, I have not driven my car except for 20-30 minutes as necessary for medical and veterinary appointments or to town for food. Most times I have friends drive me. Sitting in an automobile is uncomfortable and I cannot remain in a car for more than one hour.

7. Plane travel is a significant trigger for my PTSD. Plane, train, or bus stations are triggers of both my PTSD and seizure-like symptoms. There is no direct train between Portland, ME, and Washington, DC. I would have to change trains once or twice depending on the date and time of travel. Moreover, I have my service dog, Campari with me, as well as my other dog, Biscotti. Amtrak will not permit Biscotti to travel. The trip by bus would take 13 ½ hours and also require a transfer. The bus line will not permit Biscotti to travel.

8. Walking is painful. However, I can walk for relatively short distances with the help of a cane.

9. At present, the conditions which are adversely affecting my ability to travel are TBI/PTSD and pain in my left leg and neck.

10. I am currently being treated by Dr. Bonnie Sendzicki and Dr. Brian McGrory, an orthopedist. In addition, I receive twice weekly physical therapy treatment under the direction of Lisa Merrill at Stephens Hospital.

11. *Based on the improvement in my condition over the past three months, and in consultation with Dr. Sendzicki, I intend to return to Washington, DC in mid-November and to continue my deposition.*

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true to the best of my knowledge, information, and belief.

October 21, 2010                                Respectfully submitted,

                                                _____
                                                Karen Feld