**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KAREN FELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:08-cv-01557-ESH/AK |
| | ) | |
| KENNETH FELD *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| KAREN FELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:09-CV00479-ESH/AK |
| | ) | |
| KENNETH FELD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>EXHIBIT 2</u>**

Bonnie Sendzicki, D.O.
Neuromusculoskeletal Medicine/ Osteopathic Manual Medicine

81 Blackguard Road                                    49 Longfellow Avenue
Waterford, Maine 0408                                 Brunswick, Maine 04011

Tel: 207-583-2399
Fax: 207-583-2399

October 20, 2010

Steven M. Oster, Esq.
1050 17th Street, NW
Suite 910
Washington, D.C. 20036-5535
Fax 202-747-5862
Tel 202-596-5291

Re: Judge Alan Kay, District Court for the District of Columbia, Order for Karen Feld Medical
Issues Report

Dear Attorney Steven Oster,

Submitted is the ordered medical report answering the questions requested by Judge Alan Kay,
Magistrate Judge for the District Court for the District of Columbia, to be forwarded to his
attention for the October 22, 2010 scheduled status conference.

The patient's last medical report was sent on September 21, 2010. This report is an update of
current medical conditions adversely impacting Ms. Karen Feld's ability to travel. These
conditions are her muscular deconditioning from her injured left prosthetic knee and her
hyperarousal and hypervigilence issues related to post traumatic stress disorder (PTSD), from
her assault at the Maryland airport by TSA employees.

Ms. Karen Feld had an orthopedic consultation with Brian J. McGrory, M.D., at the request of
David Romness, M.D., her Washington, D.C. orthopedist to evaluate her knee injury in August
2010. She engaged in physical therapy and osteopathic manipulative medicine care for
rehabilitation of her injuries. In early October, she completed her physical therapy program and
was instructed to continue home care with walking for strength training, which she is presently
engaged in. She has just been able to walk one mile with mild symptoms of swelling, joint
"click" and joint pain. Her soft tissue injuries have resolved with the exception of persistent
cervical pain and decreased range of motion. However this area has a long history of multiple
injuries and osteoarthritis.

Ms. Karen Feld's PTSD symptoms have improved. She has fewer episodes of flashback
memories, improved sleep, intermittently returning concentration abilities, improved short term
memory. However, she is still triggered into hyperarousal/ hypervigilance with stressful
situations resulting in poor concentration, difficulty with memory (ie; word search is difficult),

anxiety, and poor sleep. Whenever there is unwanted, inescapable stimuli causing the cortical arousal system to activate, this results in the cascade of visible PTSD symptoms in the patient.

Treatment has aimed at first stabilizing the physical injuries from the recent airport assault while she is residing in Maine. Supportive care was given to encourage rest, exercise, behavioral cognitive techniques, and encourage social interaction with close friends to help distract from intrusive thoughts, reduce hypervigilence, and improve sleep.

I believe Ms. Karen Feld will be sufficiently recovered to travel mid-November based on the observation of her prior progress over these four months. PTSD is unpredictable, but the patient's baseline reaction has continued to improve over time. Improvement of her physical symptoms have decreased her overall stress levels and increased her sense of security. She is in the process of engaging a medical professional to assist her with her PTSD issues when she returns to the Washington, D.C. area to increase stability and resolution. If her airport phobia emerges, she has time to engage other transportation to Washington, D.C.. She can not personally drive due to prior existing concentration issues from her past traumatic brain injury. She cannot sustain concentration for long periods.

Ms. Feld has an established relationship with an osteopathic physician in the Washington, D.C. area. Her care plan for neuromusculoskeletal medicine and osteopathic manipulative medicine will be transferred in November to that office.

It has been brought to my attention that there may be some unfamiliarity with dual degree programs for medical education available in the United States, so I have included an announcement from my alumni publication from the University of New England, College of Osteopathic Medicine (UNE COM), Biddeford, Maine, for a point of reference, as this patient has many physicians that carry the osteopathic medical degree in various medical specialties.

I hope this medical update is helpful in establishing Ms. Karen Feld's ability to travel and be available for her deposition in November.

Sincerely,

Bonnie Sendzicki, D.O.
Board Certified in Neuromusculoskeletal Medicine and Osteopathic Manual Medicine
by the American Osteopathic Association (AOA)

# UNE NEWS



## *US News & World Report* recognizes College of Osteopathic Medicine among the best

*US News & World Report* has released its Best Graduate Schools 2011 ranking of professional graduate school disciplines, including medicine and its various specialties. UNE's College of Osteopathic Medicine was recognized as sixth in the nation for its leadership in primary care training, as well as its rural medicine and geriatrics programs, both earning top-20 honors.

Since its founding in 1978, the College has graduated nearly 2,400 physician alumni. Of all licensed physicians in Maine, more have graduated from UNE's College of Osteopathic Medicine than any other medical school in the world. UNE's commitment to the education of primary care physicians is unmatched by any other medical school in New England, and the *US News & World Report* ranking now places it among the best in the nation.

The overall rankings include 20 accredited schools of osteopathic (DO granting) medicine, as well as 126 accredited allopathic (MD granting)

programs. The rankings are based on expert opinions about program quality and statistical indicators that measure the quality of a school's faculty, research, and students. Highlights of the 2011 graduate school rankings are published in the May print issue of *U.S. News & World Report*.

### Primary care resident training: UNE ranked 6th

The College's mission of educating the nation's primary care leaders is reflected in the *US News* rankings, which rank UNE as sixth in the nation for schools that turn out the most graduates entering primary care residency training

programs. These programs include family medicine, general internal medicine and pediatrics. This ranking is borne out by the following statistics:

- 10 percent of all practicing physicians in the state of Maine, and 15 percent of Maine's primary care physician workforce, are COM graduates.

- More than 60 percent of COM graduates practice in a primary care specialty (family medicine, internal medicine, pediatrics), where Maine's needs are the greatest.

For the *US News* specialty rankings, medical school deans and senior faculty selected the best programs using peer assessment surveys. Two UNE College of Osteopathic Medicine programs made the top-20 list:

### Specialty rankings:
### Rural Medicine: UNE ranked 17th
The substantial shortage of primary care physicians nationwide is more significant in underserved areas and among vulnerable populations. Through a partnership with the Maine Area Health Education Center (AHEC) Network, headquartered on the UNE campus, COM reinforces its commitment to rural primary care in Maine by requiring clinical training for students in rural and underserved areas. Consequently, many graduates choose to remain in rural areas after graduation, as recognized in the *US News* ranking. Moreover:

- 25 percent of physicians practicing in Maine's rural areas are COM graduates.

- 17 percent of COM graduates are practicing in medically underserved areas of New England.



## Specialty rankings:
## Geriatrics: UNE ranked 20th

In the Best Medical Schools specialty ranking for geriatrics, UNE's College of Osteopathic Medicine Geriatric Medicine program was ranked 20th nationwide. Its innovative curriculum includes the nationally recognized "Learning by Living" program, which places medical students in area nursing homes to live the lives of a resident; and U-ExCEL, a fitness program that was recently awarded the Maine Governor's Council on Physical Activity 2010 Maine Fitness Award in the Special Populations Category.

The survey data also showed that COM students bear some of the highest debt in the nation. Dean of the College of Osteopathic Medicine and Senior Vice President for Health Affairs Marc B. Hahn, D.O., announced a strategic plan for the College of Osteopathic Medicine in January 2010 which includes a plan to address student debt through planned strategic growth in class size and an increase in mission-specific activities.

Dr. Hahn stated, "The College of Osteopathic Medicine's Patient-First Curriculum focuses on creating outstanding physicians who are health care leaders that advance primary care and community health. I am pleased by the *US News & World Report* rankings and our peer recognition, which demonstrate not only the effectiveness of COM's mission with regard to primary care education, but also our leadership in rural practice and geriatric medicine."



COLLEGE OF OSTEOPATHIC MEDICINE

## Medical School appoints Associate Dean of Academic Affairs

THE COLLEGE OF OSTEOPATHIC MEDICINE WELCOMED PETER BRIAN DANE, DO, in the spring as the associate dean of academic affairs, a new position at the College.

Dr. Dane joined UNE from Ohio University College of Osteopathic Medicine where he was associate dean for pre-doctoral education, associate professor for the department of family medicine, and a staff physician for the Express Care Center. Dr. Dane received a bachelor of science from the University of Notre Dame and a doctor of osteopathic medicine from Michigan State University College of Osteopathic Medicine.

The position of associate dean for academic affairs was created to enhance the undergraduate medical education curriculum," said Marc Hahn, DO, senior vice president for Health Affairs and dean of the College of Osteopathic Medicine. "This position is critical for overseeing the incorporation of the ever-expanding volume of medical knowledge as well as the incorporation of the lat-

est technologies and techniques in education content delivery."

Dr. Hahn added, "the UNE College of Osteopathic Medicine is fortunate to have an individual of Dr. Dane's caliber join us."

Dr. Dane has a distinguished list of awards, including the 2006 Clinical Preceptor of the Year award from Ohio University. In his new position, he is responsible for the academic program for years 1-4 in the medical school.

Dr. Dane is certified by both the American Osteopathic Board of Emergency Medicine and the American Board of Emergency Medicine. He joined the faculty of Ohio University College of Osteopathic Medicine in 1979 and became increasingly involved in medical education while maintaining the full-time practice of emergency medicine. In 1995, he was appointed assistant dean for curriculum. In 2004, he was appointed associate dean for pre-doctoral education and assumed responsibility for overseeing the entire four-year medical education program for the College.

"This position is critical for overseeing the incorporation of the ever expanding volume of medical knowledge, as well as the incorporation of the latest technologies and techniques in education content delivery."
– Marc B. Hahn, DO